**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | 03-CR-30131-WDS |
| TERRI CUSTER, | ) ) ) | |
| Defendant. | ) | |

**O R D E R**

**STIEHL, District Judge:**

This matter is before the Court for consideration of medical reports filed in support of defendant's Ninth Motion for Extension of Time to Report to the Bureau of Prisons. On September 29, 2005, the Court granted defendant's Ninth Motion for an extension of time and directed the defendant to provide her medical information to the Court and to the government. The defendant has now provided copies of medical reports from Drs. Sirven, Barta and Shawahin, detailing the nature of her illnesses and her treatment.

The government has filed a response to the motion for an extension of time to report indicating that the Bureau of Prisons can adequately accommodate defendant's medical needs during incarceration, based on the defendant's diagnosis of granulomatous angitis with periodic seizures. The government's response further indicates that if the Bureau of Prisons cannot provide for her medical needs then the Director of the Bureau of Prisons will move, pursuant to 18 U.S.C. § 3582(c)(1)(A), for a reduction in her term of imprisonment.

In light of the representation by the government, the Court **FINDS** that the defendant's medical needs can be accommodated while incarcerated. The Court **STAYS** the execution of the defendant's sentence until January 9, 2006, and **DIRECTS** the defendant to report to the

institution at the time and place designated by the Bureau of Prisons and as the defendant is notified by the United States Marshals Service.

The Court **FURTHER FINDS** that given the nature of the defendant's medical condition it is appropriate for the Court to receive periodic reports on her treatment and condition, and, **ACCORDINGLY, DIRECTS** the government to provide ninety (90) day reports to the Court on the defendant's medical condition and treatment.   The Court expects the Bureau of Prisons to cooperate with the government and provide the information necessary to facilitate these periodic reports.

**IT IS SO ORDERED.**

DATED:      October 28, 2005

                                            s/ WILLIAM D. STIEHL
                                                 DISTRICT JUDGE