IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **CRIMINAL NO. 03-30131-WDS** |
| | ) | |
| **TERRI M. CUSTER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**O R D E R**

**STIEHL, District Judge:**

Before the Court is defendant's eleventh motion for an extension of time in which to report to the Bureau of Prisons (Doc. 84); motion to shorten time to respond (Doc. 85) and the government's response (Doc. 86).

The defendant has received a myriad of extensions of time in which to report as a result of her medical condition. In the last Order granting her motion, the Court granted her leave "one additional time" to allow her to undergo a brain biopsy and diagnosis. The Court directed her to report on May 15, 2006. The Court notes that the defendant was sentenced on February 19, 2004.

Since the Court's last Order, the defendant, on April 22, 2006, suffered a seizure and her treating physician, Dr. Sirven has indicated that her condition is such that she should be allowed to attend her next scheduled appointment at the Mayo Clinic on May 18, 2006, so that they can arrive at a long-term plan for defendant's care. The government does not object to the continuance to allow her physicians to arrive at a long-term plan, but requests that defense counsel be directed to provide a copy of this plan and any related medial reports, to the

government and to FCI, Pekin.  The government has agreed to a forty-five (45) day extension to allow this plan to be completed.

The government asks the Court to clarify its Order of October 28, 2005 (Doc. 70), which directed the government to provide 90 day reports.  The Court **GRANTS** the government's motion and modifies that Order such that the government's obligation to provide the Court with 90 day reports does not begin until the defendant is actually in the custody of the Bureau of Prisons.

Accordingly, the Court **GRANTS** defendant's eleventh motion for an extension of time in which to report.  The defendant shall report to the Bureau of Prisons, as directed, by July 17, 2006.  The defendant is **HEREBY DIRECTED** to provide to the government, and to FCI, Pekin, on or before July 10, 2006, a copy of her treatment plan as developed by her treating physicians.

**IT IS SO ORDERED.**

**DATED:   May 12, 2006.**

                              s/ WILLIAM D. STIEHL
                                 DISTRICT JUDGE